IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01891-RM-KLM

VANCE LARIMER,

    Plaintiff,

v.

TRANSUNION ACQUISITION CORP, doing business as TransUnion,
EQUIFAX INC., doing business as Equifax,
EXPERIAN INFORMATION SOLUTIONS, INC., doing business as Experian, and
OCWEN LOAN SERVICING, LLC, doing business as Ocwen,

    Defendants.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Unopposed Motion for Entry of Stipulated Protective Order [#60]** (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#60] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Protective Order [#60-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court as of the date of this Minute Order.

    Dated: December 1, 2014