IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 14-cv-01891-RM-KLM

VANCE LARIMER,

    Plaintiff,

v.

TRANSUNION ACQUISITION CORP, d/b/a TRANSUNION,
EQUIFAX, INC., d/b/a EQUIFAX,
EXPERIAN INFORMATION SOLUTIONS, INC., d/b/a EXPERIAN,
OCWEN LOAN SERVICING, LLC d/b/a OCWEN,
MIDLAND CREDIT MANAGEMENT, INC.,

    Defendants.

---

**ORDER OF DISMISSAL WITH PREJUDICE**
**AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC., d/b/ EXPERIAN**

---

    Plaintiff Vance Larimer has announced to the Court that all matters in controversy against Experian have been resolved. A Joint Stipulation of Dismissal with Prejudice (ECF No. 69) has been signed and filed with the Court. Having considered the Stipulation of Dismissal with Prejudice, the Court makes and delivers the following ruling:

    IT IS ORDERED that the claims and causes of action asserted herein by Plaintiff Vance Larimer against Defendant Experian are in all respects dismissed with prejudice to the refiling of same, with court costs to be paid by the party incurring same.

    DATED this 19th day of December, 2014.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge