IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01891-RM-KLM

VANCE LARIMER,

    Plaintiff,

v.

EQUIFAX INC., doing business as Equifax,
OCWEN LOAN SERVICING, LLC, doing business as Ocwen, and
MIDLAND CREDIT MANAGEMENT, INC.,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint and Unopposed Motion to Amend Expert Deadlines in the Scheduling Order** [#72][1] (the "First Motion") and the parties' **Amended Joint and Unopposed Motion to Amend Expert Deadlines in the Scheduling Order** [#74] (the "Second Motion").

    IT IS HEREBY **ORDERED** that the Second Motion [#74] is **GRANTED** and First Motion [#72] is **DENIED as moot**. The Scheduling Order entered on November 13, 2014 [#54] is amended to extend the following deadlines:

- Plaintiff's Affirmative Expert Disclosure Deadline   **February 2, 2015**
- Defendants' Affirmative Expert Disclosure Deadline   **March 2, 2015**

    Dated: February 4, 2015

---

[1] "[#72]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.