# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Raymond P. Moore

Civil Action No. 14-cv-01891-RM-KLM

VANCE LARIMER,

      Plaintiff,

v.

EQUIFAX, INC., d/b/a EQUIFAX,
OCWEN LOAN SERVICING, LLC d/b/a OCWEN,
MIDLAND CREDIT MANAGEMENT, INC.,

      Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE
## AS TO DEFENDANT MIDLAND CREDIT MANAGEMENT, INC.

---

Plaintiff Vance Larimer has announced to the Court that all matters in controversy against Midland Credit Management, Inc., have been resolved.  A Joint Stipulation of Dismissal with Prejudice (ECF No. 80) has been signed and filed with the Court.  Having considered the Stipulation of Dismissal with Prejudice, the Court makes and delivers the following ruling:

IT IS ORDERED that the claims and causes of action asserted herein by Plaintiff Vance Larimer against Defendant Midland Credit Management, Inc. are in all respects dismissed with prejudice to the refiling of same, with court costs to be paid by the party incurring same.

DATED this 2nd day of March, 2015.

BY THE COURT:

_____

RAYMOND P. MOORE
United States District Judge