**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 14-cv-01891-RM-KLM

VANCE LARIMER,

    Plaintiff,

v.

EQUIFAX, INC., d/b/a EQUIFAX,
OCWEN LOAN SERVICING, LLC d/b/a OCWEN,

    Defendants.

_____

**ORDER**
_____

    CONSIDERING the foregoing Stipulation of Dismissal with Prejudice;

    IT IS ORDERED, ADJUDGED AND DECREED that the claims and demands of Plaintiff, Vance Larimer, against Defendant EQUIFAX INC. be and the same hereby are DISMISSED, WITH PREJUDICE, each party to bear its own costs.

    DATED this 3rd day of March, 2015.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge