IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01891-RM-KLM

VANCE LARIMER,

    Plaintiff,

v.

EQUIFAX INC., doing business as Equifax, and
OCWEN LOAN SERVICING, LLC, doing business as Ocwen,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion to Amend Deadlines in the Scheduling Order** [#78][1] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#78] is **GRANTED**. The Scheduling Order entered on November 13, 2014 [#54] and amended on December 4, 2014 [#64] and February 4, 2015 [#76], is further modified to extend the following deadlines:

- Plaintiff's Affirmative Expert Disclosure Deadline    **April 1, 2015**
- Defendants' Affirmative Expert Disclosure Deadline    **May 1, 2015**
- Discovery Deadline    **June 12, 2015**
- Dispositive Motions Deadline    **July 17, 2015**

    Dated: March 4, 2015

---

[1] "[#78]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.