Case 1:14-cv-01891-RM-KLM   Document 93   Filed 07/20/15   USDC Colorado   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01891-RM-KLM

VANCE LARIMER,

    Plaintiff,

v.

OCWEN LOAN SERVICING, LLC, doing business as Ocwen,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Ocwen Loan Servicing, LLC's Motion to Amend Scheduling Order to Extend the Discovery Deadline to Allow Limited Discovery** [#90][1] (the "Motion"). Pursuant to D.C.COLO.LCivR 7.1(a), Defendant explains that its counsel conferred with Plaintiff's counsel "on multiple occasions regarding the relief requested in this Motion" and that "the parties had planned to jointly file a motion." *Motion* [#90] at 1. Defendant notes that it was not able to reach Plaintiff's counsel prior to filing the Motion in order to receive approval for the joint motion. *Id.* As a result Defendant "cannot represent whether this Motion is opposed." *Id.* at 2. Plaintiff has not filed a response to the Motion and his time to do so has elapsed. D.C.COLO.LCivR 7.1(d). Accordingly, the Court treats the Motion as unopposed.

    IT IS HEREBY **ORDERED** that the Motion [#90] is **GRANTED**. The Scheduling Order [#54] is modified to extend the **Discovery Deadline** through **June 30, 2015** for the limited purpose of allowing the parties to depose Plaintiff and an expert retained by Plaintiff. If the parties have taken these depositions as anticipated in the Motion, they are deemed to have been timely.

    Dated: July 20, 2015

---

[1] "[#90]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.