**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 14-cv-01891-RM-KLM

VANCE LARIMER,

      Plaintiff,

v.

OCWEN LOAN SERVICING, LLC, d/b/a OCWEN,

      Defendant.

---

### ORDER OF DISMISSAL WITH PREJUDICE

---

This matter is before the Court on the Joint Stipulation of Dismissal with Prejudice ("Stipulation") (ECF No. 94). Having considered the Stipulation, the Court file, and being otherwise fully advised, the Court hereby

ORDERS that the claims and causes of action asserted herein by Plaintiff Vance Larimer against Defendant Ocwen Loan Servicing, LLC are in all respects dismissed with prejudice to the refiling of the same, with court costs to be paid by the party incurring the same; and

FURTHER ORDERS that there being no parties or claims remaining, the Clerk of the Court is directed to close this case.

DATED this 15th day of September, 2015.

                                              BY THE COURT:

                                              _/s/ Raymond P. Moore_____
                                              RAYMOND P. MOORE
                                              United States District Judge